UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONE,

        Plaintiff,

v.

        CIVIL ACTION
        No. 01-11817-WGY

FRONTIER AIRLINES, INC.

        Defendant,

---

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court<br>595 Main Street<br>**Worcester**, MA 01608 | **COURTROOM #1, 5th FLOOR**<br>Date and Time:<br>**January 6, 2003, at 10:00 a.m.** |

Type of Proceeding:

**MEDIATION**

**ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!**

                                  CHARLES B. SWARTWOOD, III
                                  MAGISTRATE JUDGE

Dec. 11, 2002
Date

                Leann T. Ouellette,
                Deputy Clerk
                (508) 929-9905

**ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!**