UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONE,

           Plaintiff,

V.                                      CIVIL NO. 01-11817-WGY

FRONTIER AIRLINES, INC.,

           Defendant,

**DOCKETED**

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE YOUNG

SWARTWOOD, M.J.

On ___1-6-03___ I held the following ADR proceeding:

```
____  EARLY NEUTRAL EVALUATION        _X_  MEDIATION
____  MINI-TRIAL                       ____ SUMMARY JURY TRIAL
____  SETTLEMENT CONFERENCE
```

**All parties were represented by counsel.**

The parties were / ~~were not~~ present in person or by an authorized corporate officer (except _but Mrs. Stone was unable to attend because of flight problems from Europe. However, she had been in communication with her lawyers._)

The case was:

( ) Settled. Your clerk should enter a _____ day order of dismissal.
( ) There was progress. A further conference has been scheduled for _____.
    unless the case is reported settled prior to that date.
(X) Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.
( ) Suggested strategy to facilitate settlement:

_____

_1-6-03_                                  _/s/ Charles B. Swartwood_
Date                                       CHARLES B. SWARTWOOD, III, MJ

42