UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 01 CV 11817WGY

| | |
|---|---|
| CHRISTINE STONE, as Administratrix of the Estate of BRETT STONE, and Individually, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FRONTIER AIRLINES, INC., | ) ) |
| Defendant | ) ) |

### STIPULATION OF DISMISSAL OF AFFIRMATIVE DEFENSE

Pursuant to Fed. R. Civ. P. 41(a), defendant, Frontier Airlines, Inc. ("Frontier"), hereby voluntarily dismisses its affirmative defense that the contributory negligence of the plaintiff's decedent was the cause of the decedent's death.

DOCKETED

| | |
|---|---|
| FRONTIER AIRLINES, INC.<br>By Its Attorneys, | CHRISTINE STONE<br>By Her Attorneys |

*/s/ Kurt B. Gerstner*  
Kurt B. Gerstner (BBO #190130)  
Campbell Campbell Edwards & Conroy, PC.  
One Constitution Plaza  
Boston, MA  02109  
(617) 241-3000  

and  

*/s/ Arthur F. Roeca /kbg*  
Arthur F. Roeca  
Roeca, Louie & Hiraoka  
900 Davies Pacific Center  
841 Bishop Street  
Honolulu, Hawaii  96813-3910  
(808) 538-7500  

*/s/ Paul S. Weinberg /kbg*  
Paul S. Weinberg (BBO #519550)  
Weinberg & Garber  
71 King Street  
Northampton, MA  01060  
(413) 582-6886  

and  

*/s/ Ronald C. Kidd /kbg*  
Ronald C. Kidd (BBO #270720)  
Robinson Donovan Madden &  
Barry P.C.  
1500 Main Street, Suite 1600  
P.O. Box 15609  
Springfield, MA  01115-5069  
(413) 747-9420  

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by mail on February 21, 2003.

Kurt B. Gerstner

2