UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 01 CV 11817WGY

| | |
|---|---|
| CHRISTINE STONE, as Administratrix of the Estate of BRETT STONE, and Individually, )<br><br>Plaintiff, )<br><br>vs. )<br><br>FRONTIER AIRLINES, INC., )<br><br>Defendant, ) | *March 19, 2003*<br>YOUNG D.J.  **DOCKETED**<br>MOTION ALLOWED<br><br>*William G. Young*<br>U.S. District Judge |

### JOINT MOTION TO EXTEND DISCOVERY DEADLINE WITHOUT CHANGING TRIAL DATE

The parties jointly move to extend the discovery deadline to permit limited additional discovery. This additional discovery will be completed by May 9, 2003, and will not change the trial date, which is currently scheduled to occur sometime in June, 2003.

The discovery activities which the parties wish to conduct prior to the trial date involve limited depositions of fact witnesses agreed upon by the parties, and potential depositions of medical experts, but only in the event that the medical experts change their opinions in light of Dr. Mitchell's findings. (The Court previously ordered that Dr. Mitchell could be added as an expert and that depositions of medical experts could take place if opinions changed as a result of reviewing the slide tissue of Mr. Stone's heart.)

As grounds for their motion, the parties state:

1. They have agreed jointly to conducting these limited discovery activities;



2. These activities will be conducted cooperatively, without delaying the trial date, which is currently scheduled to take place at some time in June, 2003;

3. The conduct of these activities will assist the parties in being better prepared for trial and will assist the parties in conducting the trial more efficiently.

Wherefore, the parties respectfully request the Court to allow their joint motion.

| | |
|---|---|
| CHRISTINE STONE, | FRONTIER AIRLINES, INC. |
| By Her Attorneys, | By its attorneys, |
| *Ronald Kidd / kbj* | *Kurt B. Gerstner* |
| Ronald Kidd (BBO #270720) | Kurt B. Gerstner (BBO #190130) |
| Robinson Donovan Madden & Barry, P.C. | Campbell Campbell Edwards & Conroy, Professional Corporation |
| 1500 Main Street, Suite 1600 | One Constitution Plaza |
| Springfield, MA 01115-5609 | Boston, MA 02109 |
| (413) 732-2301 | (617) 241-3000 |
| and | and |
| *Paul S. Weinberg / kbj* | *Arthur Roeca / kbj* |
| Paul S. Weinberg (BBO#519550) | Arthur F. Roeca (*pro hac vice*) |
| Weinberg & Garber | Roeca, Louie & Hiraoka |
| 71 King St. | 900 Davies Pacific Center |
| Northampton, MA 01060 | 841 Bishop Street |
| 413-582-6886 | Honolulu, HI 96813 |
| | 808-538-7500 |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion was served on all counsel of record this 12th day of March, 2003.

_____
Kurt B. Gerstner