UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 01-CV-11817WGY

CHRISTINE STONE, AS ADMINISTRATRIX OF )
THE ESTATE OF BRETT STONE, AND )
INDIVIDUALLY, )
    Plaintiff )
)
vs. )
)
FRONTIER AIRLINES, INC., )
    Defendant )

## PLAINTIFF STONE'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FRONTIER'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Christine Stone, as Administratrix of the Estate of Brett Stone, and Individually, for her Assented-to Motion of Extension of Time to Respond to Defendant Frontier Airlines, Inc.'s ("Frontier") Motion for Summary Judgment as to Punitive Damages, states as follows:

1. Frontier filed and served its Motion for Summary Judgment as to Punitive Damages on or about March 12, 2003. Frontier's Motion is extensive, and includes over one thousand pages of supporting materials. The parties have agreed that Stone shall have 30 days to respond to Frontier's Motion, until April 11, 2003.

WHEREFORE, Plaintiff Christine Stone as Administratrix of the Estate of Brett Stone, and Individually requests that this Court grant her to and including April 11, 2003 to file her response to Defendant Frontier's Motion for Summary Judgment as to Punitive Damages, and for such other and further relief as this Court deems just and proper.

*March 24, 2003*
YOUNG D.J.
MOTION DENIED. *This motion will be heard Tuesday, April 8, 2003.*

*William G. Young*
U.S. District Judge

DOCKETED     DOCKETED

| | |
|---|---|
| THE PLAINTIFF, CHRISTINE STONE as ADMINISTRATRIX of the ESTATE of BRETT STONE, and INDIVIDUALLY | THE DEFENDANT, FRONTIER AIRLINES, INC. |

By: _____
Paul S. Weinberg, Esq. BBO No. 519550
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886

By: _____
Ronald C. Kidd, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
(413) 732-2301

By: _____
Kurt Gerstner, Esq. BBO No. 190130
Campbell, Campbell, Edwards & Conroy
One Constitutional Plaza
Boston, MA 02109
(617) 241-3000

By: _____
Arthur Roeca, Esq.
Roeca, Louie & Hiraoka
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813-3910
(808) 538-7500

### CERTIFICATE OF SERVICE

I, Paul S. Weinberg, Esq., hereby certify that on this 18th day of March, 2003, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel.

Subscribed under the penalties of perjury.

_____
Paul S. Weinberg, Esquire