UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 MAY -6  A 10: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 01-CV-11817WGY

---

CHRISTINE STONE, AS ADMINISTRATRIX OF )
THE ESTATE OF BRETT STONE, AND )
INDIVIDUALLY, )
)
)
                     Plaintiff )
)
)
v. )
)
)
FRONTIER AIRLINES, INC., )
)
)
                     Defendant )
)

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter the appearance of Christopher A. Kenney and Michael P. Sams as attorneys for the defendant, Frontier Airlines, Inc., in the above-referenced matter.

                                           FRONTIER AIRLINES, INC.
                                           By their attorneys,

                                           Christopher A. Kenney, BBO #556511
                                           Michael P. Sams, BBO # 567812
                                           Sherin and Lodgen LLP
                                           100 Summer Street
                                           Boston, MA 02110
                                           (617) 646-2000

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each party by hand/mail.

Date: 5/5/03

DOCKETED

73

{DLG6372.DOC /}