UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 01-CV-11817WGY

CHRISTINE STONE, AS ADMINISTRATRIX OF )
THE ESTATE OF BRETT STONE, AND )
INDIVIDUALLY, )
    Plaintiff )
 )
vs. )
 )
FRONTIER AIRLINES, INC., )
    Defendant )
 )

## STIPULATION OF DISMISSAL

The parties to the above-captioned action hereby stipulate that all claims are hereby dismissed, with prejudice, with each party to waive all rights of appeal and to bear its own costs and attorneys' fees.

CHRISTINE STONE, AS ADMINISTRATRIX
OF THE ESTATE OF BRETT STONE, AND
INDIVIDUALLY

By: _____
Paul S. Weinberg, BBO # 519550
John E. Garber, BBO # 635313
Weinberg & Garber, P.C.
71 King Street
Northampton, MA 01060
(413) 582-6886

By: _____
Ronald C. Kidd, BBO # 270720
Robinson Donovan
1500 Main Street, Suite 1600
Springfield, MA 01115
(413) 732-2301

FRONTIER AIRLINES, INC.

By: _____
Christopher A. Kenney, BBO # 556511
Michael P. Sams, BBO # 567812
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

By: _____
Arthur Roeca
Roeca, Louie & Hiraoka
900 Davies Pacific Center
84 Bishop Street
Honolulu, HI 96813-3910

By: _____
Kurt Gerstner, BBO # 190130
Campbell, Campbell, Edwards & Conroy
One Constitution Plaza
Boston, MA 02109
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: _____